

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Sonika Randev**<br>    **Debtor(s)** | **Chapter 7**<br>**Case No. 24-40897-CJP** |
| **Karan Johar, MD, Karan Johar MD PLLC, dbaNYC Pain Specialists Lenox Hill Pain Management and Spine PLLC,**<br>    **Plaintiff(s),**<br><br>**v.**<br>**Sonika Randev**<br>    **Defendant(s).** | **Adversary Proceeding**<br>**No. 24-04036-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Rule 16 Conference on #1 Complaint.

**Decision set forth more fully as follows:**

INITIAL RULE 16 CONFERENCE HELD. WITHIN 45 DAYS, DEFENDANT SHALL FILE A MOTION TO DISMISS ADVERSARY PROCEEDING BASED ON THE AFFIRMATIVE DEFENSE THAT PLAINTIFF FAILS TO STATE A CLAIM. A FURTHER CONFERENCE WILL BE SET AFTER DISPOSITION OF THAT MOTION. THE PARTIES ARE RELIEVED FROM HAVING A RULE 26(f) CONFERENCE UNTIL 7 DAYS PRIOR TO A RESCHEDULED RULE 16 CONFERENCE.

Dated: 03/25/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge